## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No17-24466-CMB |
| | : | |
| **Nicholas Gigliotti** | : | Chapter 13 |
| | : | |
| **Debtor** | : | |
| | : | |
| **Nicholas Gigliotti** | : | Document No. 67 |
| | : | |
| **Movant,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| | : | |
| **ADDITIONAL RESPONDENT** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REPORT OF NO PURCHASE

Now comes the Debtors, Debtor through their attorney, Lawrence W Willis, Esquire, of Willis & Associates and files the within Report of Purchased advising the Court of the following:

1. The Debtors filed a petition for relief under Chapter 13 of 11 U.S.C..

2. The Debtors filed a Motion to Obtain Financing for the Purchase of a Vehicle.

3. This Court entered an Order, granting the Debtors' Motion to Borrow Financing for the Purchase of a Vehicle.

4. The Order directed that a Report of Purchase was to be filed within forty-five (45) days.

5. After inquiry, debtor notified counsel that they were not able to find a car in their price range.

Dated: <u>April 15, 2021</u>

By. <u>Lawrence W Willis Esq</u>
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721