# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-24466-CMB |
| | : | |
| Nicholas Gigliotti, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated April 16, 2021 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated April 15, 2021* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated April 19, 2021

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-24466-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Apr 19 05:24:04 EDT 2021 | Penn Hills School District<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road<br>Suite 3<br>Pittsburgh, PA 15235-4441 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| SCOLOPAX, LLC<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | CITYWORTH MORTGAGE LLC<br>11781 LEE JACKSON HWY STE 100<br>Fairfax, VA 22033-3309 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Credit Protection Asso<br>One Galleria Tower<br>Dallas, TX 75240 | Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 |
| Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Huntington National Bank<br>7450 Huntington Park Drive<br>Columbus, OH 43235-5617 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 |
| KML Law<br>701 Market St #5000<br>Philadelphia, PA 19106-1541 | Landmark Financial<br>6538 Steubenville Pike<br>Pittsburgh, PA 15205-1006 | Lendmark Financial Ser<br>1506 Klondike Rd<br>Conyers, GA 30094-5173 |
| (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | Maiello, Grungo Maiello<br>424 South 27th Street<br>210<br>Pittsburgh, PA 15203-2379 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9094 | Navient Solutions, LLC. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 | Northwest Bank<br>PO Box 337<br>Warren PA 16365-0337 |
| Northwest Consumer Dis<br>Po Box 164<br>Natrona Heights, PA 15065-0164 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pacific Union Financial<br>1603 Lbj Fwy Ste 500<br>Farmers Branch, TX 75234-6071 |
| Pacific Union Financial, LLC<br>1603 LBJ Freeway<br>Farmers Branch, TX 75234-6071 | Pacific Union Financial, LLC<br>1603 LBJ Freeway, Suite 500<br>Farmers Branch, TX 75234-6071 | Parkview FCU<br>2100 Eden Park Blvd<br>McKeesport, PA 15132-7621 |
| Pinnacle Credit Services, LLC its successors<br>assigns as assignee of Cellco<br>Partnership d/b/a Verizon Wireless<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3<br>PO Box 788<br>Kirkland, WA 98083-0788 |

Document      Page 3 of 3

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Scolopax, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 | Tek-collect Inc<br>871 Park St<br>Columbus, OH 43215-1441 |
| The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101-6424 | Usaa Savings Bank<br>10750 Mcdermott<br>San Antonio, TX 78288-1600 | Verizon<br>Po Box 650584<br>Dallas, TX 75265-0584 |
| Verizon Wireless<br>Po Box 650051<br>Dallas, TX 75265-0051 | Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235-5407 | NIcholas Gigliotti<br>511 Deborah Jane Drive<br>Pittsburgh, PA 15239-1325 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Lendmark Financial Services, LLC<br>2118 Usher Street<br>Covington, GA 30014 | Military Star<br>3911 Walton Walker<br>Dallas, TX 75266 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Duquesne Light Company | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (d)Penn Hills School District<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235-4441 |

End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42