IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Nicholas Gigliotti, | : | Chapter 13 |
| | : | |
| Movant | : | Bankruptcy No. 17-24466-CMB |
| | : | |
| Lawrence Willis, Esquire / | : | |
| Willis & Associates, | : | Related to Docket No. 78 |
| Applicant | : | |
| | : | **ENTERED BY DEFAULT** |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## ORDER

AND NOW, this __20th__ day of __August__, 2021, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED and DECREED that the Application in its face amount of $3,840.00 for Additional Compensation for services rendered by Lawrence W Willis, Esquire as Attorney for the Debtor is allowed, and the additional sum of $3,840.00 is to be paid to Lawrence W Willis / Willis & Associates as the remainder of the Attorney's Fees.

IT IS FURTHER ORDERED the Clerk shall record the total award of compensation in the amount of $7,840.00.

Additional fees may be paid through the Chapter 13 Plan provided that the Debtor amends the plan within twenty-one (21) days after the application for fees is allowed to increase the plan payment sufficiently to include those fees, if not already provided for. The fees must be paid from the Debtor's resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT:

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/20/21 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24466-CMB |
| NIcholas Gigliotti | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Aug 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ NIcholas Gigliotti, 511 Deborah Jane Drive, Pittsburgh, PA 15239-1325 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2021                        Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor NIcholas Gigliotti ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Aug 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7