**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/14/2022

IN RE:

NICHOLAS GIGLIOTTI
C/O LAWRENCE W WILLIS ESQ
WILLIS & ASSOCIATES
201 PENN CENTER BLVD STE 310
PITTSBURGH, PA 15235
XXX-XX-1986       Debtor(s)

Case No.17-24466 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%,

the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/14/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JENNIFER L CERCE ESQ**<br>MAIELLO BRUNGO & MAIELLO LP<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENN HILLS SD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SCOLOPAX LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number: 3    INT %: 4.25%<br>Court Claim Number: 7<br>CLAIM: 5,951.00<br>COMMENT: $CL-PL@4.25%/PL*LATE*FR LENDMARK-DOC 63*W/27 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4745 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE**<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*BGN 12/17*DKT4PMT-LMT*FR PACIFIC UNION FINANCIAL-DOC 55 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7317 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 667.50<br>COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 7788 |
| **CITYWORTH MORTGAGE**<br>11781 LEE JACKSON HWY STE 100<br><br>FAIRFAX, VA  22033 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT PROTECTION ASSN++**<br>NOEL ROAD<br>P. O. BOX 802068<br>DALLAS, TX  75380 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PEOPLES NATRL GAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4320 |
| **NAVIENT SOLUTIONS LLC O/B/O THE DEPARTM**<br>C/O US DEPT OF EDUCATION SVCNG<br>PO BOX 4450<br>PORTLAND, OR  97208-4450 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number: 10-2<br>CLAIM: 5,925.05<br>COMMENT: 1004~NO$/SCH*GU BAR TIMELY*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1986 |
| **DEPARTMENT OF EDUCATION**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 4450<br>PORTLAND, OR  97206-4550 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1004 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br><br>JACKSONVILLE, FL  32256-7412 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMCAST/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5733 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH  43231 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:1 | CLAIM: 1,113.49<br>COMMENT: OVERDRAFT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3244 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: BANFIELD PET HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8001 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LENDMARK FINANCIAL SERVICES++**<br>1506 KLONDIKE RD SW STE 200<br>CONYERS, GA  30094-5173 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MAIELLO BRUNGO & MAEILLO LLP**<br>FOXPOINTE II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MILITARY STAR**<br>3911 S WALTON WALKER BLVD<br>DALLAS, TX  75236 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5130 |
| **NORTHWEST BANK ASSGNEE NORTHWEST CD**<br>PO BOX 337<br>WARREN, PA  16365 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:5 | CLAIM: 718.59<br>COMMENT: 0005~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9072 |
| **PARKVIEW COMMUNITY FCU***<br>2100 EDEN PARK BLVD*<br>MCKEESPORT, PA  15132 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:8-2 | CLAIM: 3,944.40<br>COMMENT: 0000~NO$~REPO/SCH*DEFICIENCY BAL*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6088 |
| **QUANTUM3 GROUP LLC**<br>POB 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TEK COLLECT**<br>POB 1269<br>COLUMBUS, OH  43216 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~CCAC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0225 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **USAA FEDERAL SAVINGS BANK**<br>10750 MCDERMOTT FWY<br>SAN ANTONIO, TX 78288-0596 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3116 | CLAIM: 0.00<br>COMMENT: |
| **PINNACLE CREDIT SERVICES LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 815.33<br>COMMENT: 0770~NO$~NTC ONLY/SCH*CELLCO-VERIZON*STALE |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH |
| **PENN HILLS SD & PENN HILLS MUNIC (EIT)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1986 | CLAIM: 818.46<br>COMMENT: CL2GOV*NT/SCH-PL*SD/FACE*BOTH/ATCHMNTS*2010 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6703 | CLAIM: 250.00<br>COMMENT: NT/SCH*FORBES REGIONAL HOSPITAL*CHG OFF 5/28/2015 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7317 | CLAIM: 25,834.68<br>COMMENT: CL4GOV*THRU 11/17*$CL-PL*FR PACIFIC UNION FINANCIAL-DOC 55 |
| **SCOLOPAX LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 4745 | CLAIM: 414.36<br>COMMENT: NO GEN UNS/SCH*FR LENDMARK-DOC 63*W/3 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0046 | CLAIM: 0.00<br>COMMENT: PMT/OE-PL-CONF*BGN 7/18 DIST |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NATIONSTAR~MR COOPER/PRAE |