LOCAL BANKRUPTCY FORM NO. 24

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Nicholas Gigliotti,** | : | Chapter 13 |
| | : | |
| **Movant** | : | Bankruptcy No. 17-24466-CMB |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | Related to Docket No. 94 |
| **Applicant** | : | |
| | : | Hearing Date and Time: |
| **vs.** | : | January 31, 2023 at 1:30 PM |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE

To All Creditors and Parties in Interest:

1. Applicant represents **Nicholas Gigliotti.**
2. This is (check one)
   __X__ a final application
   _____ an interim application
   for the period November 1, 2017 to December 22, 2022
3. Previous retainer paid to Applicant: $950.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $7,840.00
5. Applicant requests additional:
   Compensation of $2,730.00.
   Reimbursement of Expenses of $ N/A .
   A **Zoom Video Conference Hearing** will be held on **January 31, 2023 at 1:30 P.M**. before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.
6. You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **January 9, 2023**, i.e., seventeen (17)

days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Judge as found on his procedures web page at www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, than Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default Order was signed or if the hearing will go forward as scheduled

Date of Service: December 22, 2022

Attorney for Movant/Applicant:

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors