**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

      Bankruptcy Case No.: 17–24466–CMB

**NIcholas Gigliotti**
  Debtor(s)

Chapter: 13
Docket No.: 109 – 108

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 24th of February, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/10/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/20/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb–proc–videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/10/23.**

                                       Carlota M Bohm
                                       United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                              Case No. 17-24466-CMB

NIcholas Gigliotti                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                   User: auto                            Page 1 of 3

Date Rcvd: Feb 24, 2023                Form ID: 408v                         Total Noticed: 36

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | NIcholas Gigliotti, 511 Deborah Jane Drive, Pittsburgh, PA 15239-1325 |
| 14723695 | + | CITYWORTH MORTGAGE LLC, 11781 LEE JACKSON HWY STE 100, Fairfax, VA 22033-3309 |
| 14742998 | | Credit Protection Asso, One Galleria Tower, Dallas, TX 75240 |
| 14742999 | + | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14723696 | + | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 14723697 | + | Landmark Financial, 6538 Steubenville Pike, Pittsburgh, PA 15205-1006 |
| 14743005 | + | Lendmark Financial Ser, 1506 Klondike Rd, Conyers, GA 30094-5173 |
| 14743006 | + | Maiello, Grungo Maiello, 424 South 27th Street, 210, Pittsburgh, PA 15203-2379 |
| 14773553 | | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14751643 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14743008 | + | Northwest Consumer Dis, Po Box 164, Natrona Heights, PA 15065-0164 |
| 14732990 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14743012 | + | Tek-collect Inc, 871 Park St, Columbus, OH 43215-1441 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 25 2023 00:18:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:43 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: bncmail@w-legal.com | Feb 25 2023 00:18:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14742996 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:27 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14742999 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 25 2023 00:20:38 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14743000 | + | Email/Text: bknotice@ercbpo.com | Feb 25 2023 00:18:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14743001 | + | Email/Text: bankruptcy@huntington.com | Feb 25 2023 00:18:00 | Huntington National Bank, 7450 Huntington Park Drive, Columbus, OH 43235-5617 |
| 14743002 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 25 2023 00:18:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14765824 | | Email/Text: ktramble@lendmarkfinancial.com | Feb 25 2023 00:17:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14743007 | + | Email/Text: BankruptcyNotices@aafes.com | Feb 25 2023 00:18:00 | Military Star, 3911 Walton Walker, Dallas, TX |

District/off: 0315-2                           User: auto                                      Page 2 of 3
Date Rcvd: Feb 24, 2023                       Form ID: 408v                                    Total Noticed: 36

|            |                                                                            |                      |                                                                                      |
|------------|----------------------------------------------------------------------------|----------------------|--------------------------------------------------------------------------------------|
|            |                                                                            |                      | 75236-1509                                                                           |
| 15028981   | + Email/Text: nsm_bk_notices@mrcooper.com                                  | Feb 25 2023 00:18:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094     |
| 14773553   | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com                           | Feb 25 2023 00:20:15 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14751643   | + Email/Text: heather.mauro@northwest.com                                  | Feb 25 2023 00:18:00 | Northwest Bank, PO Box 337, Warren PA 16365-0337                                     |
| 14773207   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com                       | Feb 25 2023 00:20:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541                      |
| 14743009   | + Email/Text: nsm_bk_notices@mrcooper.com                                  | Feb 25 2023 00:18:00 | Pacific Union Financial, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071         |
| 14723698   | + Email/Text: nsm_bk_notices@mrcooper.com                                  | Feb 25 2023 00:18:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 14747316   | + Email/Text: nsm_bk_notices@mrcooper.com                                  | Feb 25 2023 00:18:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Farmers Branch, TX 75234-6071        |
| 14743010   | + Email/Text: gtatkus@pc-fcu.org                                           | Feb 25 2023 00:19:00 | Parkview FCU, 2100 Eden Park Blvd, McKeesport, PA 15132-7621                         |
| 14756547   | Email/PDF: resurgentbknotifications@resurgent.com                          | Feb 25 2023 00:20:18 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14743011   | + Email/Text: bnc-quantum@quantum3group.com                                | Feb 25 2023 00:18:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788                                        |
| 14741035   | Email/Text: bnc-quantum@quantum3group.com                                  | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15340572   | + Email/Text: bncmail@w-legal.com                                          | Feb 25 2023 00:18:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14729522   | + Email/Text: bankruptcy@huntington.com                                    | Feb 25 2023 00:18:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424                 |
| 14743013   | + Email/Text: bkelectronicnotices@usaa.com                                 | Feb 25 2023 00:17:00 | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600                       |
| 14743014   | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com     | Feb 25 2023 00:17:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584                                        |
| 14743015   | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com     | Feb 25 2023 00:17:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051                               |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr       |               | Duquesne Light Company |
| cr       |               | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr       | *+            | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14742997 | *+            | CITYWORTH MORTGAGE LLC, 11781 LEE JACKSON HWY STE 100, Fairfax, VA 22033-3309 |
| 14743003 | *+            | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 14743004 | *+            | Landmark Financial, 6538 Steubenville Pike, Pittsburgh, PA 15205-1006 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities

District/off: 0315-2                          User: auto                                    Page 3 of 3
Date Rcvd: Feb 24, 2023                  Form ID: 408v                              Total Noticed: 36

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor NIcholas Gigliotti ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7