**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> NICHOLAS GIGLIOTTI <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:17-24466 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/05/2017 and confirmed on 4/13/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 127,349.79 |
| Less Refunds to Debtor | 1,736.39 | |
| TOTAL AMOUNT OF PLAN FUND | | 125,613.40 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 9,620.00 | |
|   Trustee Fee | 5,821.46 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,441.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR ( | 0.00 | 71,798.92 | 0.00 | 71,798.92 |
|     Acct: 7317 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR ( | 25,834.68 | 25,834.68 | 0.00 | 25,834.68 |
|     Acct: 7317 | | | | |
|   SCOLOPAX LLC | 5,951.00 | 5,951.00 | 681.38 | 6,632.38 |
|     Acct: 4745 | | | | |
| | | | | 104,265.98 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICHOLAS GIGLIOTTI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICHOLAS GIGLIOTTI | 1,736.39 | 1,736.39 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 2,730.00 | 2,730.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX2/22 | | | | |
|   LAWRENCE W WILLIS ESQ | 3,050.00 | 3,050.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 3,840.00 | 3,840.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX2/21 | | | | |
|   PENN HILLS SD & PENN HILLS MUNIC (EI' | 818.46 | 818.46 | 0.00 | 818.46 |
|     Acct: 1986 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 5,087.50 | 0.00 | 5,087.50 |
|     Acct: 0046 | | | | |
| | | | | 5,905.96 |
| **Unsecured** | | | | |
|   CITYWORTH MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDIT PROTECTION ASSN++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4320 | | | | |
|   NAVIENT SOLUTIONS LLC O/B/O THE DEF | 5,925.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 1986 | | | | |
|   DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 1004 | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5733 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 1,113.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 3244 | | | | |
| | IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8001 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LENDMARK FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MILITARY STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5130 | | | | |
| | NORTHWEST BANK ASSGNEE NORTHWE | 718.59 | 0.00 | 0.00 | 0.00 |
| | Acct: 9072 | | | | |
| | PARKVIEW COMMUNITY FCU* | 3,944.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 6088 | | | | |
| | QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0225 | | | | |
| | USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3116 | | | | |
| | PINNACLE CREDIT SERVICES LLC - ASSIC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0002 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CF MEDIC | 250.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6703 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 667.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 7788 | | | | |
| | SCOLOPAX LLC | 414.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 4745 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                   110,171.94

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 818.46 |
| SECURED | 31,785.68 |
| UNSECURED | 13,033.39 |

Date: 02/23/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
NICHOLAS GIGLIOTTI

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:17-24466

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
NIcholas Gigliotti  
    Debtor

Case No. 17-24466-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 24, 2023      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | NIcholas Gigliotti, 511 Deborah Jane Drive, Pittsburgh, PA 15239-1325 |
| 14723695 | + | CITYWORTH MORTGAGE LLC, 11781 LEE JACKSON HWY STE 100, Fairfax, VA 22033-3309 |
| 14742998 | | Credit Protection Asso, One Galleria Tower, Dallas, TX 75240 |
| 14742999 | + | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14723696 | + | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 14723697 | + | Landmark Financial, 6538 Steubenville Pike, Pittsburgh, PA 15205-1006 |
| 14743005 | + | Lendmark Financial Ser, 1506 Klondike Rd, Conyers, GA 30094-5173 |
| 14743006 | + | Maiello, Grungo Maiello, 424 South 27th Street, 210, Pittsburgh, PA 15203-2379 |
| 14773553 | | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14751643 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14743008 | + | Northwest Consumer Dis, Po Box 164, Natrona Heights, PA 15065-0164 |
| 14732990 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14743012 | + | Tek-collect Inc, 871 Park St, Columbus, OH 43215-1441 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 25 2023 00:18:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:18 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: bncmail@w-legal.com | Feb 25 2023 00:18:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14742996 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:31 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14742999 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 25 2023 00:20:15 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14743000 | + | Email/Text: bknotice@ercbpo.com | Feb 25 2023 00:18:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14743001 | + | Email/Text: bankruptcy@huntington.com | Feb 25 2023 00:18:00 | Huntington National Bank, 7450 Huntington Park Drive, Columbus, OH 43235-5617 |
| 14743002 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 25 2023 00:18:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14765824 | | Email/Text: ktramble@lendmarkfinancial.com | Feb 25 2023 00:17:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14743007 | + | Email/Text: BankruptcyNotices@aafes.com | Feb 25 2023 00:18:00 | Military Star, 3911 Walton Walker, Dallas, TX |

Case 17-24466-CMB   Doc 111   Filed 02/26/23   Entered 02/27/23 00:30:43   Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 75236-1509 |
| 15028981 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2023 00:18:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14773553 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 25 2023 00:20:26 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14751643 | + | Email/Text: heather.mauro@northwest.com | Feb 25 2023 00:18:00 | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14773207 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2023 00:20:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14743009 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2023 00:18:00 | Pacific Union Financial, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14723698 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2023 00:18:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 14747316 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2023 00:18:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Farmers Branch, TX 75234-6071 |
| 14743010 | + | Email/Text: gtatkus@pc-fcu.org | Feb 25 2023 00:19:00 | Parkview FCU, 2100 Eden Park Blvd, McKeesport, PA 15132-7621 |
| 14756547 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:31 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14743011 | + | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 14741035 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15340572 | + | Email/Text: bncmail@w-legal.com | Feb 25 2023 00:18:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14729522 | + | Email/Text: bankruptcy@huntington.com | Feb 25 2023 00:18:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14743013 | + | Email/Text: bkelectronicnotices@usaa.com | Feb 25 2023 00:17:00 | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 14743014 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 25 2023 00:17:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14743015 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 25 2023 00:17:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Duquesne Light Company |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14742997 | *+ | CITYWORTH MORTGAGE LLC, 11781 LEE JACKSON HWY STE 100, Fairfax, VA 22033-3309 |
| 14743003 | *+ | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 14743004 | *+ | Landmark Financial, 6538 Steubenville Pike, Pittsburgh, PA 15205-1006 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 36 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor NIcholas Gigliotti ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7