| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | NIcholas Gigliotti<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1986<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    17-24466-CMB | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

NIcholas Gigliotti

4/11/23

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24466-CMB |
| NIcholas Gigliotti | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | NIcholas Gigliotti, 511 Deborah Jane Drive, Pittsburgh, PA 15239-1325 |
| cr | + | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14723695 | + | CITYWORTH MORTGAGE LLC, 11781 LEE JACKSON HWY STE 100, Fairfax, VA 22033-3309 |
| 14742998 | | Credit Protection Asso, One Galleria Tower, Dallas, TX 75240 |
| 14742999 | + | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14723696 | + | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 14723697 | + | Landmark Financial, 6538 Steubenville Pike, Pittsburgh, PA 15205-1006 |
| 14743005 | + | Lendmark Financial Ser, 1506 Klondike Rd, Conyers, GA 30094-5173 |
| 14743006 | + | Maiello, Grungo Maiello, 424 South 27th Street, 210, Pittsburgh, PA 15203-2379 |
| 14773553 | | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14743008 | + | Northwest Consumer Dis, Po Box 164, Natrona Heights, PA 15065-0164 |
| 14732990 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15340572 | + | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14743012 | + | Tek-collect Inc, 871 Park St, Columbus, OH 43215-1441 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 12 2023 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 12 2023 03:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 11 2023 23:48:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:12 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 11 2023 23:48:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14742996 | | EDI: CAPITALONE.COM | | |

| Recipient ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 14742999 | + EDI: MAXMSAIDV | Apr 12 2023 03:37:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14743000 | + Email/Text: bknotice@ercbpo.com | Apr 12 2023 03:37:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14743001 | + Email/Text: bankruptcy@huntington.com | Apr 11 2023 23:49:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14743002 | + EDI: LCIICSYSTEM | Apr 11 2023 23:49:00 | Huntington National Bank, 7450 Huntington Park Drive, Columbus, OH 43235-5617 |
| 14765824 | Email/Text: ktramble@lendmarkfinancial.com | Apr 12 2023 03:37:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14743007 | + EDI: AAFES | Apr 11 2023 23:48:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 15028981 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 12 2023 03:37:00 | Military Star, 3911 Walton Walker, Dallas, TX 75236-1509 |
| 14773553 | EDI: MAXMSAIDV | Apr 11 2023 23:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14751643 | + Email/Text: heather.mauro@northwest.com | Apr 12 2023 03:37:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14773207 | EDI: PRA.COM | Apr 11 2023 23:48:00 | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14743009 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 12 2023 03:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14723698 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2023 23:48:00 | Pacific Union Financial, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14747316 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2023 23:48:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 14743010 | + Email/Text: gtatkus@pc-fcu.org | Apr 11 2023 23:48:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Farmers Branch, TX 75234-6071 |
| 14756547 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:49:00 | Parkview FCU, 2100 Eden Park Blvd, McKeesport, PA 15132-7621 |
| 14743011 | + EDI: Q3G.COM | Apr 11 2023 23:57:11 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741035 | EDI: Q3G.COM | Apr 12 2023 03:37:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 15340572 | + Email/Text: bncmail@w-legal.com | Apr 12 2023 03:37:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14729522 | + Email/Text: bankruptcy@huntington.com | Apr 11 2023 23:48:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14743013 | + EDI: USAA.COM | Apr 11 2023 23:49:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14743014 | + EDI: VERIZONCOMB.COM | Apr 12 2023 03:37:00 | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 14743015 | + EDI: VERIZONCOMB.COM | Apr 12 2023 03:37:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
|  |  | Apr 12 2023 03:37:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 30

Case 17-24466-CMB    Doc 115    Filed 04/13/23    Entered 04/14/23 00:26:59    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 38 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14742997 | *+ | CITYWORTH MORTGAGE LLC, 11781 LEE JACKSON HWY STE 100, Fairfax, VA 22033-3309 |
| 14743003 | *+ | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 14743004 | *+ | Landmark Financial, 6538 Steubenville Pike, Pittsburgh, PA 15205-1006 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor NIcholas Gigliotti ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7