IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
NICHOLAS GIGLIOTTI

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:17-24466

Chapter 13

Related to: Document No. 108

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __11th__ day of __April__, 20__23__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/11/23 9:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm   glb
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
NIcholas Gigliotti  
    Debtor

Case No. 17-24466-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 11, 2023      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

**+**      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**#**      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | NIcholas Gigliotti, 511 Deborah Jane Drive, Pittsburgh, PA 15239-1325 |
| cr | + | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14723695 | + | CITYWORTH MORTGAGE LLC, 11781 LEE JACKSON HWY STE 100, Fairfax, VA 22033-3309 |
| 14742998 | | Credit Protection Asso, One Galleria Tower, Dallas, TX 75240 |
| 14723696 | + | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 14723697 | + | Landmark Financial, 6538 Steubenville Pike, Pittsburgh, PA 15205-1006 |
| 14743005 | + | Lendmark Financial Ser, 1506 Klondike Rd, Conyers, GA 30094-5173 |
| 14743006 | + | Maiello, Grungo Maiello, 424 South 27th Street, 210, Pittsburgh, PA 15203-2379 |
| 14743008 | + | Northwest Consumer Dis, Po Box 164, Natrona Heights, PA 15065-0164 |
| 14732990 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15340572 | + | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14743012 | + | Tek-collect Inc, 871 Park St, Columbus, OH 43215-1441 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 11 2023 23:48:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:22 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 11 2023 23:48:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14742996 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2023 23:57:19 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14742999 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 11 2023 23:57:19 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14743000 | + | Email/Text: bknotice@ercbpo.com | Apr 11 2023 23:49:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14743001 | + | Email/Text: bankruptcy@huntington.com | Apr 11 2023 23:49:00 | Huntington National Bank, 7450 Huntington Park Drive, Columbus, OH 43235-5617 |
| 14743002 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 11 2023 23:48:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14765824 | | Email/Text: ktramble@lendmarkfinancial.com | Apr 11 2023 23:48:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14743007 | + | Email/Text: BankruptcyNotices@aafes.com | Apr 11 2023 23:48:00 | Military Star, 3911 Walton Walker, Dallas, TX 75236-1509 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 15028981 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2023 23:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14773553 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 11 2023 23:57:09 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14751643 | + | Email/Text: heather.mauro@northwest.com | Apr 11 2023 23:48:00 | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14773207 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2023 23:57:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14743009 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2023 23:48:00 | Pacific Union Financial, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14723698 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2023 23:48:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 14747316 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2023 23:48:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Farmers Branch, TX 75234-6071 |
| 14743010 | + | Email/Text: gtatkus@pc-fcu.org | Apr 11 2023 23:49:00 | Parkview FCU, 2100 Eden Park Blvd, McKeesport, PA 15132-7621 |
| 14756547 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:03 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14743011 | + | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2023 23:49:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 14741035 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2023 23:49:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15340572 | + | Email/Text: bncmail@w-legal.com | Apr 11 2023 23:48:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14729522 | + | Email/Text: bankruptcy@huntington.com | Apr 11 2023 23:49:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14743013 | + | Email/Text: bkelectronicnotices@usaa.com | Apr 11 2023 23:48:00 | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 14743014 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 11 2023 23:48:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14743015 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 11 2023 23:48:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14742997 | *+ | CITYWORTH MORTGAGE LLC, 11781 LEE JACKSON HWY STE 100, Fairfax, VA 22033-3309 |
| 14743003 | *+ | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 14743004 | *+ | Landmark Financial, 6538 Steubenville Pike, Pittsburgh, PA 15205-1006 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 17-24466-CMB    Doc 116    Filed 04/13/23    Entered 04/14/23 00:26:59    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 36 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 13, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor NIcholas Gigliotti ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7