**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| NICHOLAS GIGLIOTTI | Case No.:17-24466 CMB |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/05/2017 and confirmed on 04/13/2018 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 127,568.04 |
| Less Refunds to Debtor | 1,954.64 | |
| TOTAL AMOUNT OF PLAN FUND | | 125,613.40 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 9,620.00 | |
|    Trustee Fee | 5,821.46 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,441.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR ( | 0.00 | 71,798.92 | 0.00 | 71,798.92 |
|     Acct: 7317 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR ( | 25,834.68 | 25,834.68 | 0.00 | 25,834.68 |
|     Acct: 7317 | | | | |
|   SCOLOPAX LLC | 5,951.00 | 5,951.00 | 681.38 | 6,632.38 |
|     Acct: 4745 | | | | |
| | | | | 104,265.98 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICHOLAS GIGLIOTTI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICHOLAS GIGLIOTTI | 1,736.39 | 1,736.39 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICHOLAS GIGLIOTTI | 218.25 | 218.25 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 2,730.00 | 2,730.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX2/22 | | | | |

| 17-24466 CMB | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | LAWRENCE W WILLIS ESQ | 3,050.00 | 3,050.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIS & ASSOCIATES | 3,840.00 | 3,840.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXX2/21 | | | | |
| | PENN HILLS SD & PENN HILLS MUNIC (EIT | 818.46 | 818.46 | 0.00 | 818.46 |
| | Acct: 1986 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 5,087.50 | 0.00 | 5,087.50 |
| | Acct: 0046 | | | | |
| | | | | | 5,905.96 |
| Unsecured | | | | | |
| | CITYWORTH MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT PROTECTION ASSN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4320 | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O THE DEF | 5,925.05 | 0.00 | 0.00 | 0.00 |
| | Acct: 1986 | | | | |
| | DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1004 | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5733 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 1,113.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 3244 | | | | |
| | IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8001 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LENDMARK FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MILITARY STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5130 | | | | |
| | NORTHWEST BANK ASSGNEE NORTHWE | 718.59 | 0.00 | 0.00 | 0.00 |
| | Acct: 9072 | | | | |
| | PARKVIEW COMMUNITY FCU* | 3,944.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 6088 | | | | |
| | QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0225 | | | | |
| | USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3116 | | | | |
| | PINNACLE CREDIT SERVICES LLC - ASSIG | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0002 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CF MEDI | 250.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6703 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 667.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 7788 | | | | |
| | SCOLOPAX LLC | 414.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 4745 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 17-24466 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | Page 3 of 3 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | ***NONE*** | | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | | 110,171.94 |

TOTAL CLAIMED
PRIORITY           818.46
SECURED         31,785.68
UNSECURED       13,033.39

Date: 05/10/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com